United States Bankruptcy Court
Southern District of Texas

**ENTERED**
April 27, 2023
Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| In Re: | Jorge Luis Cavazos and Jessica Ivonne Martinez<br>Debtor | Case No.: 22–70156<br>Chapter: 13 |

## ORDER TO RESET CONFIRMATION

The hearing on confirmation of the Debtor's plan is continued until **5/25/23** at **10:00 AM**.

Signed and Entered on Docket: 4/27/23

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge